IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARCUS ANTONIO SATTERFIELD,    )
                               )
         Plaintiff,            )
                               )
    v.                         )    1:22-cv-886
                               )
ROXBORO DETENTION CENTER,      )
MAGISTRATE AND STAFF and       )
CAPTAIN CHANDLER,              )
                               )
         Defendants.           )

## ORDER

On October 4, 2022 the United States Magistrate Judge's 20Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) In the Recommendation, the Magistrate Judge recommends that this action be filed and dismissed sua sponte without prejudice to Plaintiff filing a new complaint on the proper § 1983 forms. No objections were filed within the time prescribed by Section 636. However, Plaintiff filed a motion for appointment of counsel. (Doc. 4.)

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted. In light of adopting the Recommendation and dismissing this action without prejudice, Plaintiff's motion for appointment of counsel will be denied as moot.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action be filed, and is hereby, **DISMISSED** sua sponte without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Magistrate Judge's Order and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's motion for appointment of counsel, (Doc. 4), is **DENIED AS MOOT.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 13th day of February, 2023.

_____
United States District Judge